### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| **ADRIANA LANDAVERDE**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. |
| v. ) | |
| ) | |
| **WALMART INC.** ) | |
| ) | |
| ) | |
| Defendant. ) | |

### COMPLAINT

NOW COMES the Plaintiff, **ADRIANA LANDAVERDE** by and through her attorneys, **THE LAW OFFICES OF McCREADY, GARCIA & LEET, P.C.**, and in her first amended complaint against the Defendants, **WALMART INC**:

### PARTIES

1. Plaintiff, Adriana Landaverde ("Plaintiff") was at all times relevant to this Complaint was a citizen of Cicero, Illinois.

2. Defendant Walmart Inc. is a Delaware Corporation with its principal place of business in Bentonville, Arkansas.

### JURISDICTION & VENUE

1. The amount requested by Plaintiff exceeds $75,000.00.

2. Jurisdiction of the Court is provided by 28 U.S.C Section 1332 due to the diversity of citizenship of the Plaintiff and Defendant and the amount request exceeding $75,00.00.

3. Venue is proper in this judicial district under 28 U.S.C. Section 1391(a) because Plaintiff resides in the District, Defendant conducts business in the District, and all events giving rise to Plaintiff's claims occurred within this District.

### **Landaverde v. Walmart**

1. On or about July 1, 2020, Plaintiff was lawfully on the premises of Defendant Walmart Inc.'s property, located at 9450 Joliet Rd, Hodgkins, IL 60525.

2. At all times relevant to this Complaint., Defendant Walmart Inc. owned/maintained/ controlled and/or operated the above property.

3. Plaintiff was exercising reasonable care for her safety and was free from contributory negligence.

4. At all times pertinent, Plaintiff was injured when she slipped on a puddle of liquid on Defendant's premises.

5. At all times pertinent, it was the duty of the Defendant Walmart Inc. to maintain its premise in a reasonably safe condition.

6. Defendant breached this duty and was negligent in one or more of the following ways:

    a. Allowed the floor in the walkway to remain in an unsafe condition when they knew or should have known that liquid was present which created a hazardous condition for all individuals lawfully in the area;

    b. Failed to maintain premise in a reasonably safe condition;

    c. Failed to adequately inspect the premises to ensure that it was safe for the Plaintiff;

    d. Failed to remove liquid from the floor to provide a safe place for business

invitees;

e.  Failed to barricade the slippery substance to prevent Plaintiff from walking through it;

f.  Failed to instruct employees/agents to properly remove liquid from the floor of the above premises;

7. As a result of the negligence of Defendant, Plaintiff suffered injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, Adriana Landaverde, prays for damages in an amount greater than $75,000.00 as she shall prove at trial plus costs and any other relief the Court deems just or equitable.

Adriana Landaverde

By: _____

Michael P. McCready
*Counsel for Plaintiff*

McCready, Garcia & Leet, P.C.
111 West Washington Street, Suite 1760
Chicago, IL 60602
t: (773) 779-9885
f: (773) 373-2375
service@mccreadylaw.com